ALVERSON, TAYLOR,
MORTENSEN & SANDERS
JONATHAN B. OWENS, ESQ.
Nevada Bar #7118
ANDRES CAMACHO, ESQ.
Nevada Bar #11072
7401 West Charleston Boulevard
Las Vegas, NV 89117
Tel. (702) 384-7000 Fax. (702) 385-7000
efile@alversontaylor.com
jowens@alversontaylor.com
acamacho@alversontaylor.com
*Attorneys for Defendants,*
*National Title Company*

UNITED STATES DISTRICT COURT

DISTRICT COURT, NEVADA

| | |
|---|---|
| CANYON COMMUNITY BANK NATIONAL ASSOCIATION, a national banking association, | ) <br> ) CASE NO. 2:11-cv-00950 <br> ) |
| Plaintiff, | ) <br> ) |
| vs. | ) <br> ) |
| NATIONAL TITLE COMPANY, a Nevada Professional Corporation, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

### JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff, CANYON COMMUNITY BANK NATIONAL ASSOCIATION, and Defendant, NATIONAL TITLE COMPANY, and by and through the parties' attorneys of record, that all claims that the Plaintiff CANYON COMMUNITY BANK NATIONAL ASSOCIATION has pending against Defendant NATIONAL TITLE COMPANY be dismissed with prejudice, each party to bear its own costs and attorney's fees.

///

1

19370-JBO

1  IT IS SO AGREED.

2  Jointly submitted by:

3  Dated this 13th day of January, 2012.

4

5  ALVERSON, TAYLOR,
   MORTENSEN & SANDERS
6

7
   /s/ Andres Camacho
8  JONATHAN B. OWENS, ESQ.
   Nevada Bar No. 7118
9  ANDRES CAMACHO, ESQ.
   Nevada Bar No. 11072
10 7401 West Charleston Boulevard
   Las Vegas, NV  89117
11 *Attorneys for Defendant,*
12 *National Title Company*

13

14 Dated this 13th day of January, 2012.

15 ALTFELD & BATTAILE P.C.

16 /s/ Maya Y. Kashak
   CLIFFORD B. ALTFELD, ESQ.
17 *Pro Hac Vice* (ASBN 005573)
   MAYA Y. KASHAK, ESQ.
18 *Pro Hac Vice* (ASBN 025568)
   250 N. Meyer Ave.
19 Tucson, AZ 85701
20 *Attorneys for Defendant,*
   *Canyon Community Bank*
21

22
                                            IT IS SO ORDERED:
23

24                                          [signature]

25                                          _____
                                            UNITED STATES DISTRICT JUDGE
26

27                                          DATED:  1-20-2012
28

2

19370-JBO